IT IS HEREBY ADJUDGED and
DECREED this is SO ORDERED.

Dated: October 31, 2013

Sarah S. Curley, Bankruptcy Judge

David R. Wroblewski, Esq. 020079
Ronald L. Hoffbauer, Esq. 006888
WROBLEWSKI & ASSOCIATES, PC
1201 S. Alma School Road, Ste. 1750
Mesa, Arizona 85210
Tel: 602.266-4570
Fax: 602.230-2027
Wro1111@yahoo.com
*Attorney for Debtors*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:

DAVID BARRY MANNING
xxx-xx-3833
And
KRISTYNNA RENEE PERU
xxx-xx-7204

964 E. GILA LANE
CHANDLER, AZ 85225

Debtors.

In Proceedings Under Chapter 13

Case No.: 2:10-bk-12228-SSC

**STIPULATED ORDER CONFIRMING FIRST MODIFIED CHAPTER 13 PLAN AND APPLICATION FOR PAYMENT OF ADDITIONAL ADMINISTRATIVE EXPENSE**

The First Modified Chapter 13 Plan having been properly noticed out to creditors and no objections having been filed,

**IT IS ORDERED** Confirming the First Modified Plan of the Debtors as follows:

1. **INCOME SUBMITTED TO THE PLAN.** Debtors shall submit the following amounts of future income to the Trustee for distribution under the Plan.

   a. Future Earnings or Income. Debtors shall make the following monthly Plan Payments:

   | Months | Dates | Payments |
   |---|---|---|
   | 1-25 | May 2010 through May 2012 | $475.00 |
   | 26-34 | June 2012 through February 2013 | $535.00 |
   | 35-36 | March 2013 through April 2013 | $930.00 |
   | 37 | May 2013 | $630.00 |
   | 38 | June 2013 | $930.00 |
   | 39-60 | July 2013 through April 2015 | $325.00 |

   The payments are due on or before the 23rd of each month commencing May 23rd, 2010.

In re: David Manning and Kristynna Peru
Case No.: 2:10-bk-12228-SSC

1

Case 2:10-bk-12228-DPC    Doc 84    Filed 10/31/13    Entered 11/01/13 09:24:10    Desc
Main Document    Page 1 of 2

b. Additional Attorney's fees in the amount of $750.00 are approved as an administrative expense. The Chapter 13 Trustee shall pay counsel said administrative expense, through the Plan.

c. The Total additional fees owed/paid to Wroblewski & Associates total $3,910.00 for the adversary proceeding; loan modification and this modified plan.

d. In all other aspects, the terms of the confirmed Plan will continue to control.

DATED SIGNED AND ORDERED AS STATED ABOVE

Approved as to Form and Content By:

**WROBLEWSKI & ASSOCIATES**  　　　　　**STANDING CHAPTER 13 TRUSTEE**

By: *(signature)*　　　　　　　　　　　　By: *(signature)*
Ronald L. Hoffbauer　　　　　　　　　　Edward J. Maney, Trustee
David R. Wroblewski　　　　　　　　　　Jessica Sabo, Staff Attorney
1201 S. Alma School Road, Ste. #1750　　101 N. First Avenue, Suite 1775
Mesa, AZ 85210　　　　　　　　　　　　Phoenix, AZ 85003
*Attorneys for Debtors*

In re: David Manning and Kristynna Peru
Case No.: 2:10-bk-12228-SSC

2

Case 2:10-bk-12228-DPC    Doc 84    Filed 10/31/13    Entered 11/01/13 09:24:10    Desc
Main Document    Page 2 of 2